NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ERNEST KANE SMITH,
DOC #135658,

        Appellant,

v.                        Case No. 2D18-3935

STATE OF FLORIDA,

        Appellee.

Opinion filed October 16, 2019.

Appeal from the Circuit Court for
Manatee County; Edward Nicholas,
Judge.

Howard L. Dimmig, II, Public Defender,
and Bilal Ahmed Faruqui, Assistant
Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carly J. Robbins-
Gilbert, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.